**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Akin AKINKOYE, Defendant–Appellant.**

**No. 01–6438.**

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 3, 2001.

Akin Akinkoye, pro se. Steven Michael Dettelbach, Office of the United States Attorney, Greenbelt, MD, for appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

## OPINION

PER CURIAM.

Akinbobola Akinkoye seeks to appeal the district court's order denying his motion to compel to produce pretrial discovery and trial motions. The district court entered an order denying Akinkoye's motion on October 5, 2000. However, Akinkoye did not file a notice of appeal until March 6, 2001, in which he indicated that

180

he did not receive notice of the order to be appealed until that day. Where, as here, a pro se appellant files an untimely notice of appeal offering some excuse for its untimeliness, that notice is properly construed as a motion to reopen the time to note an appeal under Fed. R.App. P. 4(a)(6). *See United States v. Feuver*, 236 F.3d 725, 729 n. 7 (D.C.Cir.2001). Accordingly, we remand the case to the district court for the court to determine whether Akinkoye can satisfy the requirements of Rule 4(a)(6). *See Ogden v. San Juan Cnty.*, 32 F.3d 452, 454 (10th Cir.1994). The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED.*